DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRETT HABER**,
Appellant,

v.

**TODD W. KLISTON**,
Appellee.

No. 4D17-3317

[June 28, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE 16-020628 (12).

Gary T. Stiphany of Stiphany Law, Miami, for appellant.

Dena B. Sacharow and D. David Keller of Keller Landsberg PA, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*